UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

FRANCES KALENDER,                                  :
                                                   :
                              Plaintiff,           :
                                                   :
                -against-                          :
                                                   :
SKYE ASSOCIATES, LLC,                              :
                                                   :
                              Defendant.           :

-------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___8/17/2020___
```

20-CV-2452 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on March 20, 2020 (Doc. 1), and filed an affidavit of service on

March 23, 2020, (Doc. 5).  The deadline for Defendant to respond to Plaintiff's complaint was

April 14, 2020.  (*See* Doc. 5.)  Defendant failed to file an answer or otherwise appear in the case.

On June 23, 2020, I issued an Order directing plaintiff to file a letter by July 23, 2020, indicating

whether Plaintiff intends to seek a default judgment in accordance with Rule 4(H) of my

Individual Rules and Practices in Civil Cases.  (Doc. 6.)  I warned that if Plaintiff fails "to do so

or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for

failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)."  Plaintiff has failed to

file a letter, request an extension, or otherwise indicate he intends to pursue this litigation.

Accordingly, it is hereby:

ORDERED that the Plaintiffs Complaint is dismissed for failure to prosecute pursuant to

Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   August 17, 2020
         New York, New York

Vernon S. Broderick
United States District Judge